**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BASIR AHMED AHMADI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2490-KC** |
| | § | |
| **WARDEN, EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On October 6, 2026, the Court ordered Respondents to show cause why Basir Ahmed Ahmadi's Petition, ECF No. 1, should not be granted. Oct. 6, 2026, Order, ECF No. 3.

Respondents now state that Ahmadi's Petition should be denied because his removal is "significantly likely to occur in the reasonably foreseeable future." Resp. 6, ECF No. 8. Respondents assert that Ahmadi "has been nominated for an Afghanistan removal mission tentatively scheduled for early November." *Id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update by **no later than November 30, 2026**, detailing the following:

(1) Whether Ahmadi has been lawfully removed from the country, and if not,

(2) What concrete steps have been taken to effectuate Ahmadi's removal,

(3) What obstacles exist to effectuating Ahmadi's removal, such as issuance of travel documents, or identifying a country for removal,

(4) What concrete steps have been taken to address the existing obstacles, and

(5) The anticipated timeline for Ahmadi's removal from the United States.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 15th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE